# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

138556

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

CRAIG MANSKE, TCC LAKE POINT, TIOA
MASTER LTD. PARTNERSHIP, and
WYNDHAM GARDEN HOTEL NOVI,
      Plaintiffs,
and

WOLVERINE V LP,
      Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
      Defendant-Appellee.

SC: 138556
COA: 281988
Ct of Claims: 01-017936-CM
             01-017937-CM
             01-017938-CM
             01-017939-CM
             01-017940-CM

_____/

On order of the Court, the application for leave to appeal the February 17, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

0720

_____
Clerk